UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                          Chapter 11

Richard O'Connell
                              Plaintiff(s)
-against-
Hayim Regensberg
DVP Global Trading LLP                    Bankruptcy Case No. 07-13283-alg
Ira D. Tokayer, Esq.
                                          Adversary Proceeding No. 09-01528-alg

                              Defendant(s)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NEW YORK ) : ss.:

Brian Greppo, being duly sworn, deposes and says:

      1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

      2. On October 19th, 2009, I served the attached **Summons and Notice of Pretrial Conference in an Adversary Proceeding and Complaint** by mailing a copy to the entities listed in the attached **SERVICE LIST** by depositing a true copy thereof enclosed in a post-paid wrapper with proper amount of postage affixed, in an official depository under the exclusive care and custody of the United States Postal Service located within New York State.

_____
Brian Greppo

Sworn to before me this
19th October, 2009

_____
Notary Public

SYLVIA SHAVELSON
Notary Public, State of New York
No. 43-4687014
Qualified in Richmond County
Commission Expires June 30, 2011

## SERVICE LIST

Ira D. Tokayer, Esq.
42 West 38th Street – Suite 802
New York, NY 10018-0064