UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | | Chapter 11 |
| Richard O'Connell | Plaintiff, | Case No. 07-13283 |
| | | Adversary Proceeding No. 09-01528 |
| Hayim Regensberg<br>DVP Global Trading LLP<br>Ira D. Tokayer, Esq. | Defendant(s), | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) : ss.:

Brian Greppo, being duly sworn, deposes and says:

     1.    I am not a party to the action, am over 18 years of age and reside in New York, New York.

     2.    On January 26, 2010, I served the attached <u>Second Summons and Notice of Pretrial Conference in an Adversary Proceeding</u> and <u>Complaint</u> by mailing a copy to the entities listed in the attached **SERVICE LIST** by depositing a true copy thereof enclosed in a post-paid wrapper with proper amount of postage affixed, in an official depository under the exclusive care and custody of the United States Postal Service located within New York State.

_____
Brian Greppo

Sworn to before me this
26th Day of January, 2010

_____
Notary Public

SYLVIA [illegible]
Notary P[illegible], State of N[illegible]
No. [illegible]
Qualified in [illegible] C[illegible]
Commission Expires June 30, 201)

# SERVICE LIST

Mr. Hayim Regensberg
#60525-054
P.O. Box 1000
Otisville, NY 10963

DVP Global Trading LLC
Attn: Hayim Regensberg, President
#60525-054
P.O. Box 1000
Otisville, NY 10963

DVP Global Trading LLC
Attn: Managing Member
130 West. 42nd Street
New York, NY 10036